# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 05-00171-01 |
| versus | JUDGE DONALD E. WALTER |
| JORGE GUZMAN | MAGISTRATE JUDGE GOLD |

## O R D E R

Before this Court is a letter request filed under seal for approval of compensation to defendant's investigator. Because prior approval for the amounts requested was neither sought nor obtained, **IT IS ORDERED** that defendant's request be and is hereby **DENIED**.

**THUS DONE AND SIGNED**, in Shreveport, Louisiana, this 25th day of April, 2007.